FILED

07/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0311

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0311

IN THE MATTER OF:

U.A.C.,                                                    O R D E R

       A Youth in Need of Care.

On June 24, 2022, this Court rejected Appellants' opening brief on appeal for failure to serve the Attorney General as required by M. R. App. P. 10(2). Appellants refiled their opening brief electronically on July 13, 2022. As indicated in the Court's previous order, it will accept the brief for filing.

The Court observes, however, that neither Appellants' brief nor their appendix includes a copy of the order denying intervention, which they challenge on appeal. M. R. App. P. 12(1)(h) requires that the relevant judgment, order, findings of fact, conclusions of law, jury instruction, ruling or decision from which the appeal is taken, together with any written memorandum or rationale of the court, be contained in Appellants' brief to this Court.

IT IS THEREFORE ORDERED that upon notice of this Order Appellants shall electronically file an appendix containing the relevant order from the District Court and shall serve the same on each counsel of record.

IT IS FURTHER ORDERED, pursuant to Rule 12(4) of the Temporary Electronic Filing Rules, that Appellants shall submit a paper copy of the appendix with each of the seven paper copies of the electronically filed brief.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the relevant order.

The Clerk is directed to provide a true copy of this Order to the Appellants and to all parties of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
July 14 2022